CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 20 2007

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LARRY VALENTINE,<br>　　Plaintiff, | )<br>)　Civil Action No. 7:07-cv-00114<br>) |
| v. | )　**FINAL ORDER**<br>) |
| RED ONION STATE PRISON,<br>　　Defendant(s). | )　By: Hon. James C. Turk<br>)　Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 42 U.S.C. §1997e(a), and is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 20th day of March, 2006.

/s/ James C. Turk
Senior United States District Judge